FILED
September 10, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

## 03-15-00473-CR
## CAUSE NO. ~~03-15-00447-CR~~

| | | |
|---|---|---|
| **JAMES ERIC GRANT** | § | **IN THE COURT OF APPEALS** |
| **V.** | § | **THIRD JUDICIAL DISTRICT** |
| **THE STATE OF TEXAS** | § | **SITTING AT AUSTIN, TEXAS** |

### MOTION FOR ACCESS TO APPELLATE RECORD

**NOW COMES** James Eric Grant, appellant, TDCJ No. 01936588, Darrington Unit, 59 Darrington Rd., Rosharon, Texas 77583 and respectfully moves this Honorable Court to grant him access to the appellate record in the above-referenced cause in order to effectuate his right to file a response to the *Anders* brief filed herein by Appellant's appellate counsel.

Respectfully submitted,

James Eric Grant
TDCJ No. 01935688
Darrington Unit
59 Darrington Rd.
Rosharon, TX 77583

Date: 9-4-15

RECEIVED
SEP 1 0 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

## CERTIFICATE OF SERVICE AND OF
## COMPLIANCE WITH RULE 9

This is to certify that on _9-4-_ , 2015, a true and correct copy of *the above and foregoing* document was served on Bob Odom Assistant District Attorney of Bell County, P.O. Box 540, Belton, Texas 76513 in accordance with the Texas Rules of Appellate Procedure, and that this motion is in compliance with Rule 9 of the *Texas Rules of Appellate Procedure* and that portion which must be included under Rule 9.4(i)(1) contains 207 words.

James Eric Grant
TDCJ No. 01935688
Darrington Unit
59 Darrington Rd.
Rosharon, TX 77583

Date: _9-4-15_

RECEIVED
SEP 1 0 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Mr. Jeffrey D. Kyle,                    9-4-15

Sir, I don't know what to do in this whole ordeal. Please, help me! I thought I would be asked some questions about my case, and the process, I guess not.

The first man I had in court, Mr. Greg Simmons promised me I'd get 8 yrs in prison, because he could beat Mr. Woldman's 15 year offer. I then was told, "just say (YES) to all the questions the judge asks and tell her you understand everything. I'll get you up on the stand, then you some (soft ball) questions to answer and then we sign for the 8 years - Deal bud, deal."

Mr. Kyle, it didn't go as he said then he didn't even help me. And, Mr. Copeland is off of my case cause nothing is wrong with that process. Please, help me!

(OVER)

The fact that my name is wrong means nothing. Being lied to, means nothing. Then (Forging) signing my name on the papers saying I have no right to appeal, all mean nothing.

Please, help me! This is a painful experience, Mr. Kyle. Yet, I know the Lord Jesus, allows us to go through some things for His glory and our good.

Thanks for listening,
James Grant

Mr. James Grant
1936588
59 Darrington Rd.
Rosharon, Texas 77583

<u>"LEGAL MAIL"</u>

7870161409

NORTH HOUSTON TX 77

04 SEP 2015 PM 3 l

Jeffrey D. Kyle
Clerk, Third Court of Appeals
209 W. 14th St., Rm. 101
Austin, Texas 78701